FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MEGAN LEIGH FRYE,<br><br>    Plaintiff,<br><br>    v.<br><br>OLDCASTLE APG WEST, INC. d/b/a Central Pre-Mix Concrete Products Co.; DULCY HELT and APRIL HIGBEE, individually,<br><br>    Defendants. | No. 2:19-cv-00088-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the Plaintiff's Notice of Dismissal with Prejudice, ECF No. 23. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//
//
//
//
//
//

**ORDER OF DISMISSAL ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Dismissal with Prejudice, ECF No. 23, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 22nd day of November 2019.



_____
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL ~ 2**